TRULINCS 13164032 - MESSER, CECIL JAMES - Unit: BEC-P-A

---

FROM: 13164032
TO:
SUBJECT: MOTION TO CONSOLIDATE AND AMENDED MOTION
DATE: 01/04/2014 08:35:33 AM

Plaintiff's Name: Cecil J. Messer.
Inmate No.: 13164-032.
Address: FCI Beckley. P.O. Box 350. Beaver. WV 25813.

**FILED**
**JAN 1 0 2014**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

Case No. 1:13-cv-01300-GSA (PC).
Case No. 1:13-cv-01866-BAM (PC).

-Cecil J. Messer,
- PLAINTIFF.

v.

-United States of America,
-United States Penitentiary
-Food Service Department,
-Administrator of the Food Department,
-et.,al.. sued in his individual capacities.
-DEFENDANTS.

MOTION TO CONSOLIDATE THE FOREGOING CASES

AND AMENDED MOTION.

---

-Comes now, Cecil J. Messer, Plaintiff, therein Pro Se, respectfully submits the instant Motion, FIRST, requesting for

-CONSOLIDATE THE FOREGOING CASES, and SECOND, AMENDED MOTION.

-TO CONSOLIDATE THE FOREGOING CASES.-

-The foregoing cases have exactly the same characteristics: On or about May 2, 2013, at evening meal, the United States

-Penitentiary ("USP") Atwater's FOOD SERVICE prepared and provided to the inmate population, and in particular to the

-plaintiff, very dangerous items in the food. While eating his meal, the plaintiff chewed on a rusty and sharp staple. The

-negative consequences of it were that the plaintiff's mouth was lacerated, and it started bleeding, and it continue

-bleeding for more than two hours. (Case No. 1:13-cv-01300-GSA(PC)). A few days after those events, it happened again.

-On or about May 17, 2013, at evening meal, the plaintiff bit down on a sharp piece of metal that stuck the plaintiff in the

-gum causing him intense pain, and his mouth started bleeding. (Case No. 1:13-cv-01866-BAM(PC)).

-Because these events mark A CONDUCT and are constituting by the same behavior, the plaintiff respectfully request to

-this Honorable Court to consolidate these two cases.

-AMENDED MOTION.-

-On or about May 02, 2013, and again on or about May 17, 2013, the health and life of the plaintiff was in a serious threat:

-The Food Service of USP Atwater failed to apply and respect the standard of the BOP POLICY, and also it violated the Fifth

-and Eighth Amendment Constitutional Rights of the plaintiff which establish and require maintenance of kitchen

----

-sanitation, and personal hygiene of kitchen workers, when at least in two different occasions the plaintiff found in his

-food sharp pieces of metal which lacerated his mouth and produce bleeding and an intense pain on him.

-The plaintiff, in both cases, required medical attention including an intramuscular injection of "Tetanus-Diphteria

-Toxoids," and two more subsequent medical evaluation by the USP Atwater Health Service, to prevent that his condition

-does not become worse.

-These events were witnessed for a large number of BOP Officers, including Mr. Southern; and a large number of inmates,

-including Inmate Robert W. Lacroix, Reg. 16199-085, and Wayde Kurt, Reg. 05532-085. Additionally, at the second time

-the incident happened regarding the residuals of metal inside the food, resulted in a very tumultuous event in the

-kitchen, and BOP Officers from "SIS," and the Captain and the Lieutenant in charge witnessed what happened. (SEE

-ATTACHMENT).

JURISDICTION.-

-This Honorable Court has jurisdiction over the plaintiff's claims for violation of federal constitutionally protected rights

-by the Fifth and Eighth Amendments under 28 U.S.C. 1331(a)/1332.

-VENUE.-

-All events giving rise to the claims herein occurred in this judicial district.

-PARTIES.-

-The plaintiff, Cecil J. Messer, was incarcerated in USP Atwater, California, at the time of the foregoing events.

-The USP Atwater's Food Service Department.

-The Unknown is the Administrator of the USP Atwater's Food Service Department.

-CLAIMS FOR RELIEF.-

-CLAIM I.-

-The plaintiff claims that prisoner's food must be prepared and served under high standard conditions which cannot

-represent any form of danger to the health and well being and life of the inmates whom consume it. See Ramos v. Lamm,

-639 F.2d 559, 570-71 (10th Cir. 1980); Johhson-El v. Schoemehl, 878 F.2d 1043, 1055 (8th Cir. 1989)(constitution

-requires maintenance of kitchen sanitation and personal hygiene of kitchen workers); Robles v. Coughlin, 752 F.2d 12,

-16 (2nd Cir. 1983)(allegation of contaminated food states constitutional claim); Knop v. Johnson, 667 F.Supp. 512, 525

-(W.D.Mich. 1987)(allegation of unsanitary and dangerous food preparation made out an Eighth Amendment claim).

-The administrator of the Food Service of USP Atwater openly violated constitutionally protected rights of the plaintiff,

-and these kind of violations could have ended in death or harsh lesions to his health and life. Such violations must be

---

-moved to a jury trial. The People of the United States must decide over the gross violations.

-CLAIM II.-

-The plaintiffs mouth was injured by those sharp metals. The pain was more intense than any other pain he had

-suffered in his whole life. The first time that happened, the metal broke something inside the plaintiff's mouth inducing

-his bleeding for more than two hours continuous. The USP Atwater Hospital asked him to comeback early the next day

-in the morning ("sick call"). At the next morning, the plaintiff was still suffering the effects of pain in his mouth,

-and bleeding a little. The Warden promised to the plaintiff that he will correct that wrong situation "effectively."

-The plaintiff trusted in what the Warden said. But, WHAT HAPPENED? The plaintiff and other three inmates were

-victim again of those metal residuals inside the food! The Institution really did not take care of that situation as

-the Warden falsely promised to the plaintiff. The sanitary measures were not seriously taken into consideration.

-And that second time, compelled to the plaintiff no to go to eat the food prepared by the "Food Service Department";

-and he did so for more than 47 days (See the records); until he really needed to eat over there, because he had no option.

-The Food Service Department of the USP Atwater was grossly negligent and indifferent to the inmates' Constitutionally

-protected Rights. That openly violated also the law and regulations of the State of California regarding sanity in the

-preparation of the food for the inmate population.

-FEDERAL TORT CLAIM ACT.-

-The plaintiff is entitled of compensatory damages by the United States. United States is liable for wrong doing of its

-employees.

-RELIEF.-

-A punitive damage of $10,000.oo to the UNKNOWN (the Administrator of the USP Atwater's "Food Service.")

-A compensatory damage of $10,000.oo to the United States for the wrong doing of its employees.

-An Attorney fees and other costs in the amount of $10,000.oo to the USP Atwater.


-Respectfully submitted,

*/s/ Cecil J. Messer, Jr.*
-Cecil J. Messer.
-#13164-032.
-FCI Beckley.
-P.O. Box 350.
-Beaver, WV 25813.

TRULINCS 13164032 - MESSER, CECIL JAMES - Unit: BEC-P-A

---

## CERTIFICATE OF SERVICE

-Cecil J. Messer, plaintiff, HEREBY CERTIFIES that a true and correct copy of the foregoing have been mailed to:

-USP Atwater. General Counsel, at USP Atwater. P.O. Box 0190001. Atwater, California 95301-0910, today January 2, 2014.

*[signature: Cecil J. Messer, Jr.]*
-Cecil J. Messer.
-#13164-032

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Cecil J. Messer
                Plaintiff,

v.                                                    Case Number: 1:13-cv-01300 GSA (PC)
                                                                   1:13-cv-01866 BAM (PC)

United States of America
United States Penitentiary
Food Service Department,                PROOF OF SERVICE
Administrator of the Food Department,
et., Al., sued in his individual
capacities.     Defendant,


I hereby certify that on    January 06, 2014    , I served a copy

of the attached   MOTION TO CONSOLIDATE THE FOREGOING CASES AND,
                  AMENDED MOTION.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at
FCI Beckley, P.O. Box 350
Beaver, West Virginia 25813-0350:

(List Name and Address of Each
Defendant or Attorney Served)

Litigation Coordinator
USP-ATWATER
P.O. BOX 019001
ATWATER, CALIFORNIA
      95301


I declare under penalty of perjury that the foregoing is true and correct.

                              Cecil J. Messer, Jr.

                              (Signature of Person Completing Service)

AFFIDAVIT OF WAYDE KURT

My name is Wayde Kurt and I am presently incarcerated at the United States Penitentiary in Atwater California, inmate #05532-085.

On May 2, 2013 I went to the supper meal in the prison cafeteria where a main dish of fried rice with beef was being served in styrene cartons.

I was sitting at one of the many tables eating my food along with another inmate named Cecil Messer #13164-032 when he let out a yelp and spit out a mouthful of his food and came up with a large metal box staple approximately 1 1/2 inches long and bent into a hook on one end.

Cecil, having bit down on the staple unknowingly, was bleeding in his mouth and I saw blood on a napkin that he was spitting into. He went back to the serving line and complained to one of the officers who then allowed him to take another carton of food.

Signed under penalty of perjury. Wayde Kurt 05-02-2013

*Wayde Kurt*

AFFIDAVIT OF ROBERT W. LACROIX

---

Being duly sworn I, Affiant, ROBERT W. LACROIX, depose and declare:

1. My name is Robert W. La Croix and I a presently incarcerated at the United States Penitentiary in Atwater California, inmate # 16199-085.

2. On Thursday, May 2, 2013, I went to supper in the prison cafeteria where a main dish of fried rice with beef, broccoli, and carrots were being served.

3. I was sitting at the table with inmate Cecil Messer, # 13164-032, when he let out an excruciating sound of pain and pulled a heavy duty box staple out of his mouth, approximately 2" long, 1/8" wide, 1/16" thick and bent on both sides.

4. Cecil, having bit down on the staple unknowingly, was bleeding in his mouth and I saw blood on a napkin that he was spitting into. He went back to the serving line and complained to one of the Officers in charge, who then allowed Cecil to take another carton of food.

I declare under penalty of perjury pursuant to the laws of the State of California and in the County of Merced, and under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my ability.

Dated this 3 day of May, 2013.

*Robert Lacroix* (signature)

ROBERT W. LACROIX

Affiant

USP Atwater-Health Services
#1 Federal Way-Castle Airport
Atwater, CA 95301

**SICK CALL APPOINTMENT NOT ACCEPTED WITHOUT ID**

# INMATE SICK CALL SIGN-UP SHEET
(Formulario y Registro para Atencion Medica de Confinados)

Staff member will complete this section if inmate is unable to read or write.

INSTRUCTIONS (Instrucciones)

*File Copy*

You must fill out this form completely, numbers 1-11.
(Debe de llenar este formulario completamente, numeros 1-11.)

1. Date (Fecha) 5-3-2013  2. Unit (Unidad) 4-B  3. Work (Trabajo) HVAC-#2

4. Register Number (Numero de Registro) #13164-032

5. Name (Nombre) Cecil James Messer, Jr.

6. Complaint (Queja), What is your problem? (Cual es su problema?) While I was eatting dinner Thursday evening on May 2, 2013, I bit down on a box staple approximately 2" long, 1/8" wide, and a 1/16" thick. (see reverse side —

7. History of medical problems (Historial de problemas medicos): Yes, I have various issue's.

    diabetes (diabetes)
    hypertension (hipertension)
    cardiac disease (enfermedad cardiaca)
    immunocompromised (inmunocomprometido)
    asthma (asma)

*Sick Call*
*+ Lt. Office +*

8. History of mental health problems (Historial de problemas mentales):

    yes (si) _____
    no (no) ✓

9. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)

    _1_ Days (Dias) ____ Months (Meses) ____ Years (An*os)

10. Are you on any medication(s) at present? (Esta usted tomando alguna(s) medicinas actualmente?) Yes, check medical records or with Provider

11. Signature (Firma) Cecil J. Messer, Jr.

---

TO BE FILLED OUT BY TRIAGE PERSONNEL:

12. Date Seen: _____  13. Time Seen: _____

14. Subjective: _____

15. Objective: Temperature: ____ Pulse: ____ Respiration: ____ B/P: ____
If diabetic, blood sugar via fingerstick: ____  [Weight: ____]

16. Notes: _____

17. Appointment date: _____  Appointment time: _____
18. Appointment with (Provider's name): _____

19. Triage personnel's signature: _____

USP ATWATER

" The heavy duty box staple kind, and it jamed into my gum causing it to bleed. I got up from the table and took the staple to Officer Southern ~~Southerland~~ telling him that he needed to start taking the staple's out of the food.

Officer Southerland took the rusty staple, and asked me where it came from, I told Officer Southern ~~Southerland~~ that it was in my food and that I had bit down on it and it stuck me. He acted supprised and told me to get another tray.

I would like to be checked out for hepatitis, Aids, etc...

Sincerely,
Cecil J. Menee

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MESSER, CECIL JAMES | | | Reg #: 13164-032 |
| Date of Birth: 05/08/1963 | Sex: M | Race: WHITE | Facility: ATW |
| Encounter Date: 05/03/2013 10:03 | Provider: Hong, D. PA-C | | Unit: D45 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Hong, D. PA-C

    **Chief Complaint:** Other Problem

    **Subjective:** IM to clinic, stating that he found a "box staple" in his mouth while eating last night. Noted initial bleeding, and some pain. Doesn't think that any teeth are knocked out or continual bleeding is present.

    Denies any difficulty with swallowing, N/V.

    **Pain Location:** Other
    **Pain Scale:** 0
    **Pain Qualities:**
    **History of Trauma:**
    **Onset:**
    **Duration:**
    **Exacerbating Factors:** none
    **Relieving Factors:** none
    **Comments:** as above

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/03/2013 | 10:03 ATW | 98.2 | 36.8 | | Hong, D. PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/03/2013 | 10:03 | 84 | | | Hong, D. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/03/2013 | 10:03 ATW | 20 | Hong, D. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/03/2013 | 10:03 ATW | 132/66 | | | | Hong, D. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/03/2013 | 10:03 ATW | 98 | | Hong, D. PA-C |

**Exam:**

    **General**

        **Affect**
            Yes: Pleasant, Cooperative

        **Appearance**
            Yes: Appears Well, NAD, Alert and Oriented x 3

Case 1:13-cv-01300-GSA Document 8 Filed 01/10/14 Page 11 of 19

### Exam:

Mouth - oral mucosa was thoroughly investigated for any laceration, missing tooth or any abnormalities..etc. No bleeding noted, no abnormalities noted.

**Pulmonary**
 **Auscultation**
  Yes: Clear to Auscultation
  No: Crackles, Rhonchi, Wheezing

**Cardiovascular**
 **Auscultation**
  Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
  No: M/R/G

### ASSESSMENT:

Mouth, foreign body, 935.0 - Current, Temporary/Acute, Initial - *per hx - IM found a box staples in his food/mouth. it's removed, stable.*

### PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tetanus-Diphtheria Toxoids | 05/03/2013 10:03 | 0.5 ml Intramuscularly one time x 1 day(s) Pill Line Only |

  **Indication:** Mouth, foreign body
  **Start Now:** Yes
   **Night Stock Rx#:**
   **Source:** Sub Stock Location
   **Admin Method:** Pill Line
   **Stop Date:** 05/04/2013 10:02
   **MAR Label:** 0.5 ml Intramuscularly one time x 1 day(s) Pill Line Only
   **One Time Dose Given:** Yes

### Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/03/2013 | Counseling | Plan of Care | Hong, D. | Verbalizes Understanding |

Inmate Name: MESSER, CECIL JAMES
Date of Birth: 05/08/1963
Encounter Date: 05/03/2013 10:03
Sex: M   Race: WHITE
Provider: Hong, D. PA-C
Reg #: 13164-032
Facility: ATW
Unit: D45

Case 1:13-cv-01300-GSA   Document 8   Filed 01/10/14   Page 12 of 19

**Copay Required:** No  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hong, D. PA-C on 05/03/2013 10:15
Requested to be cosigned by Franco, Jon F. MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MESSER, CECIL JAMES | | | Reg #: | 13164-032 |
| Date of Birth: | 05/08/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/03/2013 10:03 | Provider: | Hong, D. PA-C | Facility: | ATW |

Cosigned by Franco, Jon F. MD, CD on 05/06/2013 11:13.

Message
#01

# United States Penitentiary
## Atwater, California

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The **ORIGINAL** BP-8 must be attached should you choose to file a BP-9.

Issued By: \_\_\_\_\_NC\_\_\_\_\_ (Initials of Correctional Counselor)
Date Issued to the Inmate: \_\_\_5/10/13\_\_\_

### INMATE'S COMMENTS:

1. Complaint: _In the evening meal on Thursday, May 2, 2013, I received a big rusty box metal staple mixed in with my meal of stirfried rice, conesbeef, broccoli, and carrots. To which at this point and time, I took (SEE Reverse Side →_

2. Efforts you have made to informally resolve: _I reported it to the Kitchen staff and to the medical department._

3. Names of staff you contacted: _Officer Southern; R.N., Ms. Putnam; Infirmery Sick-Call Window; P.A. Hong; and Dental Hygienist, Ms. Silva._

Date Returned to Correctional Counselor: \_\_5/15/13\_\_

_Cecil J. Moner, Jr._      #13164-032      May 15, 2013
Inmate's Signature          Reg. Number      Date

### CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted: _Unable to handle at this level._

Date BP-9 Issued: _____      _____ 5/21/13
                                   Correctional Counselor

                                   _____ 5-21-13
                                   Unit Manager (Date)

my first bite and the staple stuck into my gums. I withdrew the staple and took it to Kitchen Officer, Mr. Southern. Which resulted in me receiving a Tetanus shot on Friday for my injuries to my mouth.

I want to be compensated $5000.00 for my pain and suffering, and for the Kitchen service to be more aware of their daily ~~operation~~ operation.

**United States Penitentiary**
**Atwater, California**

#02

Messer

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229 (13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted. The **ORIGINAL** BP-8 must be attached should you choose to file a BP-9.

Issued By: _____ (Initials of Correctional Counselor)
Date Issued to the Inmate: 5/21/13

### INMATE'S COMMENTS:

1. Complaint: During the evening meal on Friday, May 17, 2013, we had some goulash? on the hot-bar, and I got some. As I began to eat it I bit down on a piece of metal and was stuck. I took it out of my mouth and took it to the Kitchen Officer Southern, he was shocked because this hard. (See Reverse Side →

2. Efforts you have made to informally resolve: I spoke to Officer Southern and wondered why he did not pull or even ask what pot of food the metal came from. By not pulling it he could have caused others to be seriously injured.

3. Names of staff you contacted: Officer Southern, Mr. Case, Duty Officer Dr. McKelvic, S.I.S. Lt. Putnam, Acting Captain C. Brigham

Date Returned to Correctional Counselor: 5/21/13

Cecil A. Messer    #13164-032    05-21-2013
Inmate's Signature   Reg. Number   Date

### CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted: Unable to handle at this level

Date BP-9 Issued: _____

_____ 5/21/13
Correctional Counselor

_____ RLT 5-21-13
Unit Manager (Date)

happened to me twice in two weeks, and so was I. Officer Southern said it looked like something that came off of the mixer. It looked like a drill bit shaving and sharp. On Saturday, May 18, 2013 I asked Officer Southern if he found out where the metal came from? He responded by saying that it was a barb from when the can was being opened.

I want to be compensated $500.00 dollars for the pain and suffering.

AFFIDAVIT BY CECIL J. MESSER (13164-032)

On Saturday, May 25, 2013, during the noon time mainline (feeding time). Officer Southern and I (Cecil Messer) spoke. I made a comment in a joking manner and asked Officer Southern if their was any metal in the chicken. Officer Southern received the comment I made as it was intended and not in a disrespectful manner. He said that he received the BP-8 (INFORMAL PESOLUTION) I filed and hoped that it wasn't against him. I replied by saying, "no its not against you". (I had to go to medical the following day on Friday, May 3, 2013 and have a tetanus shot).

Officer Southern said that Counselor Coggins had emailed him, asking him (Officer Southern) about the insident and if it was true. Officer Southern replied to me (Messer) that he emailed Counselor Coggins back and confirmed that the alligations' were true and that I had shown him (Officer Southern) the metal that stuck me.

Officer Southern confirmed to me (Messer) on this date, that he wasn't in charge of the meal that was prepaired on that date, someone else was. But that he did tell the kitchen workers to be more careful and to pay attention to what they were doing. And that he did understand that I was only protecting myself.

I SWEAR UNDER THE PENALTY OF PURJURY THAT THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Date: May 25 of 2013

Respectfully Submitted,

_____
Officer Southern

# May 2013

— Acts 20:22-24

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 30 | 1 Zackery's B-day; Bin Laden killed | 2 I scored the Dentist today; Dr. the Dentist was closed for the evening meal and I myself got to my second kitchen floor. National Day of... | 3 Mon Tyson said Dr. George was still listed as being a dentist - no more still not at more listed. Dr. George said Dr. George said still listed as being a dentist - Skirt and PJ Have worked in my mouth, yes Tetanus | 4 |
| 5 | 6 | 7 | 8 I spoke to Lucasters Biggins and asked him if he was going to have crew/these on Thursday; he said no; into sick call for Thursday; he told me said he would not be there; said he would return Friday. | 9 No Dentist appt. Turned in request in required to the incident on May 3rd and the tetanus shot Friday. | 10 Got a BLS's from Excusator Loggins | 11 |
| 12 Mother's Day | 13 | 14 Rec: Fort Civin #TRJAUR-2013 - 04510. Received May 10, 2013 | 15 Dentist Appt. at 8:15 | 16 No Dentist Appt. Ascension Day | 17 During went into the office evening and filed Officer and a piece of paper showing my Civil filed Officer and he still showing my Civil lawsuit | 18 Armed Forces Day |
| 19 | 20 | 21 Rec: Fort Civin Notice #TRJ-UJR-2013-04910. was Rec'd on May 10, 2013. Have 6 Months from 05-10-13 | 22 Dentist Appt. at 8:15 | 23 Received Letter from U.S. Civit Lawsuit and my suit was accepted. Besides | 24 | 25 Spoke to the Officer manning today about methyl in fact, he said counselor Loggins crushed him about the metal had he crushed Loggins piece and told him Loggins have said I should have metal. |
| 26 Pentecost | 27 Memorial Day | 28 | 29 Wrote Aunt Alyce | 30 Christian Ment "No" Dentist Appointment | 31 Saw D. if Rei has results yet. Got New Under Clothes from the Laundry. | |